RECEIVED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

2017 APR 13 AM 8:37

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Comfort Line Products, Inc.
*Plaintiff(s)*

v.

Oceantis LLC and Michael Shawn O'Brien as Curator of the Estate of Michael J.P. O'Brien
*Defendant(s)*

Civil Action No. 2:17-cv-198-FtM-99CM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Oceantis LLC
c/o Michael Shawn O'Brien
501 Magnolia Circle
League City, TX 77573

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4-13-2017

R.M. [signature]
*Signature of Clerk or Deputy Clerk*