UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COMFORT LINE PRODUCTS, INC.,
a Florida corporation

        Plaintiff,

v.                                  Case No:   2:17-cv-198-FtM-99CM

OCEANTIS LLC and MICHAEL
SHAWN O'BRIEN,

        Defendants.

## ORDER

This matter comes before the Court upon review of Defendant, Oceantis, LLC's Motion to Quash Service of Process (Doc. 16) filed on May 24, 2017. On June 9, 2017, Plaintiff and Oceantis LLC filed a joint stipulation on all issues relating to the instant motion. Doc. 17. Defendant's counsel informs that he has agreed to accept service on his client's behalf, and the parties stipulate that service is deemed to have been properly made on June 1, 2017. *Id.* at 1.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant, Oceantis, LLC's Motion to Quash Service of Process (Doc. 16) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 14th day of June, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record